Advocate Program

**Civil Court of the City of New York**
**County of Bronx**

Index Number: **CV-023781-07/BX**

PALISADES ACQUISITION XVI, L.L.C. AAO DIRECT
MERCHANTS BANK
        -against-
PATRICIA HUNTER

**ORDER TO SHOW CAUSE TO**
Vacate Judgment, deem annexed proposed
answer filed and/or dismiss the action.

Upon the annexed affidavit of **PATRICIA HUNTER**, sworn to on **February 24, 2014**, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:

**Civil Court of the City of New York County of Bronx**
**851 Grand Concourse, Bronx, New York 10451**
**Part 34 C          Room 504**
on ___March 12, 2014___ at 9:30 AM

It is Mandatory in Special Term, Civil Court City of NY - Bronx County For Litigants and Attorneys to APPEAR in Court on the Return Calendar Date to Respond to ORDERS TO SHOW CAUSE

or as soon thereafter as counsel may be heard , why an order should not be made:

**VACATING** the Judgment, vacating any liens and income executions, deeming the annexed proposed answer filed, and/or dismissing the case and/or granting such other and further relief as may be just.

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Plaintiff(s)/Petitioner(s), Plaintiff(s)/Petitioner(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

| Plaintiff(s)Defendant(s) or **named attorney(s)** (Judge to Initial) | Sheriff or Marshal (Judge to Initial) |
|---|---|
| _____ by Personal Service by " In Hand Delivery" | _____ by Personal Service by " In Hand Delivery" |
| __X___ by Certified Mail, Return Receipt Requested | _____ by Certified Mail, Return Receipt Requested |
| _____ by First Class Mail with official Post Office Certificate of Mailing | _____ by First Class Mail with official Post Office Certificate of Mailing |

on or before ___2/28/2014___ , shall be deemed good and sufficient.
PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

**Attorney(s):  Mail to:**
**Mann Bracken LLP**
(Counsel for Pltf)
**120 Allens Creek Road**
**Rochester, New York 14618**

Sheriff/Marshal:

_____
February 24, 2014
DATE

Hon. Paul A. Goetz, Civil Court Judge (NYC)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF _____ Bronx _____

-------------------------------------------------------------x

PALISADES Acquisition XVI, LLC ,

                                                   Plaintiff,

                        -   against   -

PATRICIA HUNTER            ,

                                                   Defendant

-------------------------------------------------------------x

Index No. 23781 BCV 2007

**AFFIDAVIT IN SUPPORT OF
ORDER TO SHOW CAUSE
TO VACATE DEFAULT
JUDGMENT AND DISMISS FOR
LACK OF PERSONAL
JURISDICTION** OR, IN THE ALTERNATIVE,
VACATE THE JUDGMENT PURSUANT TO 5015(a)(1)
AND RESTORE THE CASE TO THE CALENDAR

STATE OF NEW YORK    )
ss:
COUNTY OF  Bronx  )

_____ PATRICIA HUNTER _____, being duly sworn, depose and say that:

1. I am an unrepresented Defendant in the above-captioned action.

2. I am fully familiar with the facts set out in this Affidavit.

3. I submit this Affidavit in support of this Order to Show Cause to vacate the default judgment and dismiss the action for lack of personal jurisdiction, ~~and attach the following exhibit(s) in support:~~ _____

_____

_____

4. Because this Affidavit contains a sworn denial of the affidavit of service I request the Court hold a traverse hearing.

5. On _____ April 5 _____, 200 7, Plaintiff commenced this action by filing the Summons and Complaint.

*Defendant does **not** have access to affidavit of service.*

6. A default judgment was entered against me in this action on _June 25, 2007_.

7. I have not had an opportunity to review the affidavit of service and have requested a copy of the court file from the Clerk's Office. To my knowledge with regard to alleged service of the Summons and Complaint, I dispute the allegations of the process server for the following reasons:

☒ I was never personally served with a copy of the Summons and Complaint

☒ A copy of the Summons and Complaint was never left with a person of suitable age and discretion at my residence or place of employment.

☒ A copy of the Summons and Complaint was never attached to the door of my residence.

☒ I did not receive a copy of the Summons and Complaint in the mail.

8. I discovered that Plaintiff commenced this action when:

On or about January 10, 2014, during the mortgage loan modification process, the bank informed me that a judgment had been entered against me in this case. I was able to confirm it when my credit report was requested and the judgment was listed there.

9. Because I never received notice about the lawsuit, I have a reasonable excuse for my default.

10. I also have one or more meritorious defenses.

☒ **I do not owe the money.**

☐ **I am a victim of identity theft or mistaken identity.**

☐ **Payment.**

☒ **Incorrect Amount.**

☒ **No business relationship with the plaintiff.  (Plaintiff lacks standing.)**

☐ **The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect debt.**

☐ **There is no debt collection license number in the complaint.**

☒ **Statute of limitations.**

☐ **The debt was discharged in bankruptcy.**

☐ **The collateral (property) was not sold at a commercially reasonable price.**

☐ **Unjust enrichment.**

☐ **Violation of the duty of good faith and fair dealing.**

☐ **Unconscionability (the contract is unfair).**

☐ **Laches.**

☐ **Defendant is in the military.**

☐ **Other Defense.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

11. **Notice of Entry.** I note that:

☒ I was not served with written notice of entry of a judgment or order.

☐ I received a copy of the judgment or order with written notice of its entry

on or about _____

and I am filing this motion within the year of service.

12. **Protected Income.** In addition, I note that my sole source of income is

_____, which is exempt from collection.

13. The CLARO Program helped me prepare this Affidavit in support of my Order to Show Cause to Vacate the Default Judgment.

14.  Upon information and belief based on the advice I received at CLARO, the law stated below is true and accurate:

15.  C.P.L.R. 5015(a)(4) mandates this Court to vacate a default judgment and dismiss an action when it finds that a defendant was not served with the Summons or the Summons and Complaint as required by C.P.L.R. § 308. Kiesha G.-S. v. Alphonso S., 57 A.D.3d 289, 289, 870 N.Y.S.2d 240, 240 (1st Dept. 2008) (citing Chase Manhattan Bank, N.A., v. Carlson, 113 A.D.2d 734, 493 N.Y.S.2d 339 (2d Dept. 1985) ("[a]bsent proper service of a summons, a default judgment is deemed a nullity and once it is shown that proper service was not effected the judgment must be unconditionally vacated")); Steele v. Hempstead Pub Taxi, 305 A.D.2d 401, 402, 760 N.Y.S.2d 188, 189 (2d Dept. 2003) (same).

16.  Service of process is a constitutional requirement necessary for a court to have jurisdiction over a person. Patrician Plastic Corp. v. Bernadel Realty Corp., 25 N.Y.2d 599, 607, 307 N.Y.S.2d 868, 875 (1970) ("The short of it is that process serves to subject a person to jurisdiction in an action pending in a particular court and to give notice of the proceedings." (citations omitted)).

17.  The requirements for service of process are strictly enforced. Dorfman v. Leidner, 76 N.Y.2d 956, 958, 563 N.Y.S.2d 723, 725 (1990) (stating that "[s]ervice of process is carefully prescribed by the Legislature" and "requires adherence to the statute").

18.  A court determines whether Plaintiff effected service of process properly by reviewing the facial validity of the affidavit of service and other documents. De Zego v. Bruhn, 67 N.Y.2d 875, 877, 501 N.Y.S.2d 801, 801-802 (1986).

19.  In its moving papers, the defendant must either submit a sworn denial of service or swear to specific facts to rebut the process server's affidavit. Puco v. DeFeo, 296 A.D.2d 571,

571, 745 N.Y.S.2d 719, 719-20 (2d Dept. 2002).  An affidavit by defendant that raises an issue

of fact as to jurisdiction is sufficient to rebut the process server's affidavit. <u>National Union Fire</u>

<u>Ins. v. Montgomery</u>, 245 A.D. 2d 150, 665 N.Y.S.2d 665, 666 (1st Dept. 1997).

20.  This Affidavit raises a question of fact with respect to this Court's jurisdiction, which

should be resolved through a traverse hearing. <u>See</u> <u>Kingsland Grp. v. Pose</u>, 296 A.D.2d 440, 440-

41, 744 N.Y.S.2d 715, 716 (2d Dept. 2002) ("[S]ince there was a sworn denial of receipt of

process, the affidavit of service is rebutted and the plaintiff must establish jurisdiction by a

preponderance of the evidence at a hearing."); <u>In re St. Christopher-Ottilie</u>, 169 A.D.2d 690, 691,

565 N.Y.S.2d 72, 73 (1st Dept. 1991) ("[T]he court erred in failing to hold a traverse hearing on

the issue of the propriety of personal service, since respondent has raised an issue of fact with

respect to the service of the petition.").

21.  If this Court finds that C.P.L.R. § 5015(a)(4) does not apply in this action, the Court

may vacate the judgment based on excusable default under C.P.L.R. § 5015(a)(1). <u>Mayers v.</u>

<u>Cadmen Towers, Inc.</u>, 89 A.D.2d 844, 845, 453 N.Y.S.2d 25, 26-27 (2d Dept. 1982) (remitting

the case for a hearing to determine "whether the court had jurisdiction over defendant, and, if it

did . . . whether leave to interpose an answer containing all or only some defenses should be

granted in view of the prejudice, if any, caused by the defendant's default").

22.  Excusable default requires a finding of a reasonable excuse for the default and the

existence of a potentially meritorious defense to warrant vacatur of the default judgment. <u>Gerdes</u>

<u>v. Canales</u>, 74 A.D.3d 1017, 1018, 903 N.Y.S.2d 499, 500 (2d Dept. 2010).

23.  "There is a 'strong [public] policy favoring the determination of actions on their

merits'." <u>Heskel's West 38[th] Street Corp. v. Gotham Constr. Co.</u>, 14 A.D.3d 306, 307, 787

N.Y.S.2d 285, 287 (1st Dept. 2005) (alteration in the original).

24. As described above, I have a reasonable excuse for my default as I never received the Summons or the Summons and Complaint and meritorious defenses.

25. I have:

☒ not had a previous Order to Show Cause regarding this index number.

☐ **had** a previous Order to Show Cause regarding this index number but I am making this further application because:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

26.  I respectfully request that the Court grant my motion to vacate the default judgment or in the alternative, schedule a traverse hearing and, pursuant to C.P.L.R. 5015(a)(4), dismiss this case for lack of personal jurisdiction, lift all stays, order the return of any funds that have been garnished, and permit me to serve papers by mail.

27.  If the Court denies my request pursuant to C.P.L.R. 5015(a)(4), I respectfully request that the Court grant my motion to vacate the default judgment pursuant to C.P.L.R. 5015(a)(1), restore the case to the calendar, lift all stays, order the return of any funds that have been garnished, permit me to file the ~~attached~~ proposed Answer, and permit me to serve papers by mail.

28.  I respectfully request that the Court order Plaintiff to produce a copy of the Summons and Complaint and of the Affidavit of Service so that I may supplement my application accordingly.

WHEREFORE, I respectfully request that the Court grant my motion in all respects.

2-20-14
Date

_Patricia Hunter_
_Pro Se_ Defendant Signature

PATRICIA HUNTER
_Pro Se_ Defendant Name

4375 Bruener Avenue Bronx NY 10466
Address

646-239-1787
Phone

Sworn to before me on the

20th day of Feb., 20 14

NOTARY PUBLIC

**SUSAN SHIN**
Notary Public, State of New York
No. 02SH6170241
Qualified in New York County
Commission Expires: July 2, 2015

Prepared with the assistance of the _____Bronx_____ CLARO Program by Volunteer Attorney
_____D. Kennedy_____, with statements about the law prepared by
Theodora Galacatos, Esq., of Fordham Law School's Feerick Center for Social Justice, for the CLARO Program.

**Civil Court of the City of New York**

County of _Bronx_

Index Number _23781 BCV 2007_

_Palisades Acquisition XVI, LLC_ Plaintiff(s),

-against-

_Patricia Hunter_ Defendant(s),

**WRITTEN ANSWER**
**CONSUMER CREDIT TRANSACTION**

---

Defendant _Patricia Hunter_ answers the Complaint as follows:

FILED
CLERK'S OFFICE
MAR 1 2 2014
CIVIL COURT
BRONX COUNTY

ANSWER: *(Check all that apply)*

1. [X] General Denial: I deny the allegations in the Complaint.

SERVICE

2. [X] I did not receive a copy of the Summons and Complaint.
3. [ ] I received the Summons and Complaint, but service was not correct as required by law.

DEFENSES

4. [X] I do not owe this debt.
5. [ ] I did not incur this debt. I am a victim of identity theft or mistaken identity.
6. [ ] I have paid all or part of the alleged debt.
7. [X] I dispute the amount of the debt.
8. [X] I do not have a business relationship with Plaintiff (Plaintiff lacks standing).
9. [ ] The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect debt.
10. [ ] Plaintiff does not allege a debt collector's license number in the Complaint.
11. [X] Statute of limitations (the time has passed to sue on this debt).
12. [ ] This debt has been discharged in bankruptcy.
13. [ ] The collateral (property) was not sold at a commercially reasonable price.
14. [ ] Unjust enrichment (the amount demanded is excessive compared with the original debt).
15. [ ] Violation of the duty of good faith and fair dealing.
16. [ ] Unconscionability (the contract is unfair).
17. [ ] Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage).
18. [ ] Defendant is in the military.
19. [ ] Other _____

OTHER

20. [ ] Please take notice that my only source of income is _____, which is exempt from collection.

COUNTERCLAIM(S)

21. [ ] Counterclaim(s): $ _____ Reason: _____

**VERIFICATION**

State of New York, County of _Bronx_ ss:

_Patricia Hunter_, being duly sworn, deposes and says: I have read the Answer in Writing and know the contents to be true from my own knowledge, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this _20th_ day of _Feb._ 20_14_.

SUSAN SHIN
Notary Public, State of New York
No. 02SH6170241
Qualified in New York County
Commission Expires: July 2, 2015

_Patricia Hunter_
Signature of Defendant

_4375 Bruner Avenue Bronx NY 10466_
Defendant's address

(Notary/Court Employee)

This case is scheduled to appear on the calendar as follows:

Date: _____ Part: _____ Room: _____ Time: _____ Both sides notified

CIV-GP- 58b Written Answer Consumer Credit(12/08)

FREE CIVIL COURT FORM — No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/smallclaims/forms.shtml.