Civil Court of the City of New York

County of Bronx
_____ Part _____

Index Number 023781-07

Motion Cal. # _____    Motion Seq. # _____

Palisades Acquisition XVI
L.L.C AAD Direct Merchant
Bank

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Patricia Hunter

Defendant(s)/Respondent(s)

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers
considered in the review of this Motion

CLERK'S OFFICE

| Papers | MAR 12 2014 | Numbered |
|---|---|---|
| Notice of Motion and Affidavits Annexed | | _____ |
| Order to Show Cause and Affidavits Annexed | | _____ |
| Answering Affidavits | | _____ |
| Replying Affidavits | | _____ |
| Exhibits | | _____ |
| Other | | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate the

default judgment and dismiss the case for ∧ lack of personal jurisdiction is as follows:

is granted to the extent that the default judgment is hereby vacated. All restraints and garnishments are hereby vacated.

This matter is hereby adjourned to 4/21/14 @ 9:30 for trial.

Court to notify Plaintiff of trial date.

The decision is based on the Plaintiff's default.

This constitutes the decision/order of the court

3/12/14

Date

Judge, Civil Court
PAUL L. ALPERT
JUDGE, CIVIL COURT

CIV-GP-85 (Revised, September, 1999)