

# CAMBA
## where you can

## FACSIMILE TRANSMITTAL SHEET

**TO:** Mike Ponzio

**COMPANY/AGENCY:** Sharinn & Lipshie, P.C.

**FAX NUMBER:** (516) 512-5450

**PHONE NUMBER:** (516) 408 5000

**SUBJECT:** Index No. 23781 BCV 2007

**FROM:** Matthew Schedler, Esq. CAMBA Legal Services, Inc.

**DATE:** 1/11/16   **TIME:** 11:58 am

**TOTAL NO. OF PAGES INCLUDING COVER:** 3

**SENDER FAX NUMBER:** 718 462-5537

**SENDER PHONE NUMBER:** 718 940 6311 x 79284

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

IF TRANSMISSION IS NOT CLEAR, OR IS INCOMPLETE, PLEASE CONTACT THE SENDER IMMEDIATELY.

**NOTES/COMMENTS:**

The information contained in this facsimile may be privileged, confidential and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this facsimile in error, please contact the sender and destroy this fax promptly.

885 Flatbush Avenue Suite 202   Brooklyn, New York   11226
Tel 718.940.6311   Fax 718.462.5537



# CAMBA
## Legal Services

Matthew Schedler, Esq.
Supervising Attorney
CAMBA Legal Services, Inc.
885 Flatbush Avenue, 2nd Floor
Brooklyn, NY 11226
t: 718-940-6311 ext. 79284

January 11, 2016

**VIA Fax**

ATTN: Mike Ponzio
Sharinn & Lipshie, P.C.
333 Earle Ovington Blvd #302
Uniondale, NY 11553
(516) 408-5000
(516) 512-5450 (fax)

Re: Palisades Acquisition XVI, LLC, LLC v. Patricia Hunter, (Index No: 23781BCV2007)

Dear Mr. Ponzio:

CAMBA Legal Services, Inc. represents Patricia Hunter in the above referenced case. As discussed with you on Friday, Ms. Hunter's Chase bank account has been frozen and $937.01 withdrawn, pursuant to a restraining notice obtained by your law firm. However, the judgment in this case was vacated and dismissed on March 12, 2014. As a result, the restraint on and withdrawal from Ms. Hunter's bank account were unlawful. Please return the funds to Ms. Hunter's bank account and lift the hold on her account. Do not withdraw additional funds from her account.

Attached to this letter is the Decision/Order vacating the judgment in this case. I can be reached by phone at (718) 940-6311 ext. 79284 or via email at matthewsc@camba.org. Thank you for your attention to this matter.

Sincerely,

Matthew Schedler, Esq.

Civil Court of the City of New York  Index Number 023781-07
County of Bronx
Part                              Motion Cal. # _____  Motion Seq. # _____

**DECISION/ORDER**

Palisades Acquisition XVI, L.L.C AAO Direct Merchant Bank

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Patricia Hunter

Defendant(s)/Respondent(s)

Recitation, as required by CPLR §2219(a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Other | |

FILED CLERK'S OFFICE MAR 12 2014 CIVIL COURT BRONX COUNTY

ENTERED BRONX COUNTY

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate the default judgment and dismiss the case for lack of personal jurisdiction is as follows:

is granted to the extent that the default judgment is hereby vacated. All restraints and garnishments are hereby vacated.

This matter is hereby adjourned to 4/21/14 @ 9:30 for trial.

Court to notify Plaintiff of trial date.

The decision is based on the Plaintiff's default.

This constitutes the decision/order of the court

3/12/14
Date

Judge, Civil Court
PAUL L. ALPERT
JUDGE, CIVIL COURT

CIV-GP-85 (Revised, September, 1999)

```
                                                                              P. 1
       * * *  COMMUNICATION RESULT REPORT ( JAN. 11. 2016 11:59AM ) * * *

                                                         FAX HEADER 1:  CAMBA
                                                         FAX HEADER 2:

TRANSMITTED/STORED : JAN. 11. 2016 11:57AM
FILE MODE        OPTION              ADDRESS              RESULT      PAGE
-----------------------------------------------------------------------------
0142 MEMORY TX                       G3 :15165125450      OK          3/3
-----------------------------------------------------------------------------
       REASON FOR ERROR
         E-1) HANG UP OR LINE FAIL            E-2) BUSY
         E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
         E-5) MAIL SIZE OVER
```



# CAMBA
## where you can

### FACSIMILE TRANSMITTAL SHEET

TO: Mike Ponzio

FROM: Matthew Schedler, Esq.
CAMBA Legal Services, Inc.

COMPANY/AGENCY: Sharinn & Lipshie, P.C.

DATE: 1/11/16   TIME: 11:58 am

FAX NUMBER: (516) 512-5450

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER: (516) 408 5000

SENDER FAX NUMBER: 718 962-5537

SUBJECT: Index No. 23781 BCV 2007

SENDER PHONE NUMBER: 718 940 6311 x 79284

☒ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

IF TRANSMISSION IS NOT CLEAR, OR IS INCOMPLETE, PLEASE CONTACT THE SENDER IMMEDIATELY.

NOTES/COMMENTS:

The information contained in this facsimile may be privileged, confidential and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this facsimile in error, please contact the sender and destroy this fax promptly.