AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Patricia Hunter | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  16-cv-08779 (ER) |
| Palisades Aquisition XVI, LLC, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Patricia Hunter.

Date:   11/14/2016

*Attorney's signature*

Matthew Schedler (3774)
*Printed name and bar number*

CAMBA Legal Services, Inc.
885 Flatbush Avenue, 2nd Floor
Brooklyn, NY 11226

*Address*

matthewsc@camba.org
*E-mail address*

(718) 940-6311
*Telephone number*

(718) 462-5537
*FAX number*