AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Patricia Hunter | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-cv-08779 (ER) |
| Palisades Acquisition XVI, LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Patricia Hunter                                                                                                    .

Date:   11/14/2016

_____
*Attorney's signature*

Divya Subrahmanyam (DS0926)
*Printed name and bar number*

CAMBA Legal Services, Inc.
885 Flatbush Ave., 2nd Fl.
Brooklyn, NY 11226
*Address*

DivyaS@camba.org
*E-mail address*

(718) 940-6311
*Telephone number*

(718) 462-5537
*FAX number*