USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/6/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA HUNTER,

              Plaintiff,

– against –

PALISADES ACQUISITION XVI, LLC,
PALISADES COLLECTION, LLC,
SHARINN & LIPSHIE, P.C. AND
HARVEY SHARINN

              Defendants.

**ORDER**

16 Civ. 8779 (ER)

RAMOS, D.J.:

On February 3, 2017, Defendants, Palisades Acquisition XVI, LLC and Palisades Collection, LLC, filed a motion to dismiss Plaintiff's Complaint. However, Defendants failed to comply with this Court's Individual Rules of Practice, which require Defendants to request a pre-motion conference with the Court before making their motions. In seeking a pre-motion conference, the moving party must submit a letter to the Court setting forth the basis for the anticipated motion.

Therefore, Defendants' motion to dismiss is DENIED without prejudice. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 25. If Defendants wish to refile motions to dismiss, they are advised to refer to the Court's Individual Rules of Practice, with which they must comply.

It is SO ORDERED.

Dated: February 6, 2017
      New York, New York

                                    EDGARDO RAMOS, U.S.D.J.