UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICIA HUNTER,                                                    Case No. 1:16-cv-08779-ER
                                     Plaintiff,

                    -against-                                       **ANSWER TO FIRST AMENDED**
                                                                    **COMPLAINT**

PALISADES ACQUISITION XVI, LLC, SHARINN
& LIPSHIE, P.C., HARVEY SHARINN,
                                     Defendants.
------------------------------------------------------------X

      Defendants, SHARINN & LIPSHIE, P.C. and HARVEY SHARINN ("Answering

Defendants"), by their attorneys, Kaufman Dolowich & Voluck, LLP, set forth the following as

and for its Answer to the Plaintiff's First Amended Complaint:

      1.     Answering Defendants deny the allegations set forth in Paragraph "1" of the First

Amended Complaint.

      2.     Answering Defendants deny having knowledge or information sufficient to form a

belief as to the allegations set forth in Paragraph "2" of the First Amended Complaint.

      3.     Answering Defendants deny having knowledge or information sufficient to form a

belief as to the allegations set forth in Paragraph "3" of the First Amended Complaint.

      4.     Answering Defendants deny the allegations set forth in Paragraph "4" of the First

Amended Complaint.

      5.     Answering Defendants admit the truth of the allegations set forth in Paragraph "5"

of the First Amended Complaint.

      6.     Answering Defendants deny the allegations set forth in Paragraph "6" of the First

Amended Complaint.

      7.     Answering Defendants deny the allegations set forth in Paragraph "7" of the First

Amended Complaint.

8.     Answering Defendants deny the allegations set forth in Paragraph "8" of the First Amended Complaint.

## PARTIES

9.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "9" of the First Amended Complaint.

10.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "10" of the First Amended Complaint.

11.     Answering Defendants admit the truth of the allegations set forth in Paragraph "11" of the First Amended Complaint.

12.     Answering Defendants deny the allegations set forth in Paragraph "12" of the First Amended Complaint.

13.     Answering Defendants deny the allegations set forth in Paragraph "13" of the First Amended Complaint.

## STATEMENT OF FACTS

14.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "14" of the First Amended Complaint.

15.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "15" of the First Amended Complaint.

16.     Answering Defendants neither admit nor deny the allegations contained in Paragraph "16" of the First Amended Complaint and respectfully refer the Court to the document referenced therein for its contents.

17.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "17" of the First Amended Complaint.

18.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "18" of the First Amended Complaint.

19.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "19" of the First Amended Complaint.

20.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "20" of the First Amended Complaint.

21.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "21" of the First Amended Complaint.

22.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "22" of the First Amended Complaint.

23.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "23" of the First Amended Complaint.

24.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "24" of the First Amended Complaint.

25.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "25" of the First Amended Complaint.

26.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "26" of the First Amended Complaint.

27.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "27" of the First Amended Complaint.

28.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "28" of the First Amended Complaint.

29.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "29" of the First Amended Complaint.

30.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "30" of the First Amended Complaint.

31.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "31" of the First Amended Complaint.

32.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "32" of the First Amended Complaint.

33.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "33" of the First Amended Complaint.

34.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "34" of the First Amended Complaint.

35.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "35" of the First Amended Complaint.

36.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "36" of the First Amended Complaint.

37.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "37" of the First Amended Complaint.

38.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "38" of the First Amended Complaint.

39.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "39" of the First Amended Complaint.

40.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "40" of the First Amended Complaint.

41.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "41" of the First Amended Complaint.

42.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "42" of the First Amended Complaint.

43.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "43" of the First Amended Complaint.

44.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "44" of the First Amended Complaint.

45.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "45" of the First Amended Complaint.

46.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "46" of the First Amended Complaint.

47.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "47" of the First Amended Complaint.

48.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "48" of the First Amended Complaint.

49.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "49" of the First Amended Complaint.

50.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "50" of the First Amended Complaint.

51.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "51" of the First Amended Complaint.

52.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "52" of the First Amended Complaint.

53.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "53" of the First Amended Complaint.

54.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "54" of the First Amended Complaint.

55.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "55" of the First Amended Complaint.

56.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "56" of the First Amended Complaint.

57.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "57" of the First Amended Complaint.

58.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "58" of the First Amended Complaint.

59.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "59" of the First Amended Complaint.

60.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "60" of the First Amended Complaint.

61.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "61" of the First Amended Complaint.

62.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "62" of the First Amended Complaint.

63.     Answering Defendants deny the allegations set forth in Paragraph "63" of the First Amended Complaint.

64.     Answering Defendants admit the truth of the allegations set forth in Paragraph "64" of the First Amended Complaint.

65.     Answering Defendants admit the truth of the allegations set forth in Paragraph "65" of the First Amended Complaint.

66.     Answering Defendants neither admit nor deny the allegations contained in Paragraph "66" of the First Amended Complaint and respectfully refer the Court to the document referenced therein for its contents.

67.     Answering Defendants neither admit nor deny the allegations contained in Paragraph "67" of the First Amended Complaint and respectfully refer the Court to the document referenced therein for its contents.

68.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "68" of the First Amended Complaint.

69.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "69" of the First Amended Complaint.

70.     Answering Defendants deny the allegations set forth in Paragraph "70" of the First Amended Complaint.

71.     Answering Defendants deny the allegations set forth in Paragraph "71" of the First Amended Complaint.

72.     Answering Defendants neither admit nor deny the allegations contained in Paragraph "72" of the First Amended Complaint and respectfully refer the Court to the document referenced therein for its contents.

73.     Answering Defendants deny the allegations set forth in Paragraph "73" of the First Amended Complaint.

74.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "74" of the First Amended Complaint.

75.     Answering Defendants deny the allegations set forth in Paragraph "75" of the First Amended Complaint.

76.     Answering Defendants deny the allegations set forth in Paragraph "76" of the First Amended Complaint.

77.     Answering Defendants deny the allegations set forth in Paragraph "77" of the First Amended Complaint.

78.     Answering Defendants deny the allegations set forth in Paragraph "78" of the First Amended Complaint.

79.     Answering Defendants deny the allegations set forth in Paragraph "79" of the First Amended Complaint.

80.     Answering Defendants deny the allegations set forth in Paragraph "80" of the First Amended Complaint.

81.     Answering Defendants admit the truth of the allegations set forth in Paragraph "81" of the First Amended Complaint.

82.     Answering Defendants deny the allegations set forth in Paragraph "82" of the First Amended Complaint.

83.     Answering Defendants admit the truth of the allegations set forth in Paragraph "83" of the First Amended Complaint.

84.     Answering Defendants admit the truth of the allegations set forth in Paragraph "84" of the First Amended Complaint.

85.     Answering Defendants admit the truth of the allegations set forth in Paragraph "85" of the First Amended Complaint.

86.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "86" of the First Amended Complaint.

87.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "87" of the First Amended Complaint.

88.     Answering Defendants deny the allegations set forth in Paragraph "88" of the First Amended Complaint.

89.     Answering Defendants deny the allegations set forth in Paragraph "89" of the First Amended Complaint.

90.     Answering Defendants deny the allegations set forth in Paragraph "90" of the First Amended Complaint.

91.     Answering Defendants deny the allegations set forth in Paragraph "91" of the First Amended Complaint.

92.     Answering Defendants deny the allegations set forth in Paragraph "92" of the First Amended Complaint.

93.     Answering Defendants deny the allegations set forth in Paragraph "93" of the First Amended Complaint.

94.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "94" of the First Amended Complaint.

95.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "95" of the First Amended Complaint.

96.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "96" of the First Amended Complaint.

97.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "97" of the First Amended Complaint.

98.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "98" of the First Amended Complaint.

99.     Answering Defendants deny the allegations set forth in Paragraph "99" of the First Amended Complaint.

100.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "100" of the First Amended Complaint.

101.     Answering Defendants deny the allegations set forth in Paragraph "101" of the First Amended Complaint.

102.     Answering Defendants deny the allegations set forth in Paragraph "102" of the First Amended Complaint.

103.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "103" of the First Amended Complaint.

104.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "104" of the First Amended Complaint.

105.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "105" of the First Amended Complaint.

106.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "106" of the First Amended Complaint.

107.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "107" of the First Amended Complaint.

108.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "108" of the First Amended Complaint.

109.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "109" of the First Amended Complaint.

110.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "110" of the First Amended Complaint.

111.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "111" of the First Amended Complaint.

112.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "112" of the First Amended Complaint.

113.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "113" of the First Amended Complaint.

114.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "114" of the First Amended Complaint.

115.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "115" of the First Amended Complaint.

116.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "116" of the First Amended Complaint.

117.     Answering Defendants deny the allegations set forth in Paragraph "117" of the First Amended Complaint.

118.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "118" of the First Amended Complaint.

119.     Answering Defendants admit the truth of the allegations set forth in Paragraph "119" of the First Amended Complaint.

120.     Answering Defendants admit the truth of the allegations set forth in Paragraph "120" of the First Amended Complaint.

121.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "121" of the First Amended Complaint.

122.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "122" of the First Amended Complaint.

123.     Answering Defendants admit the truth of the allegations set forth in Paragraph "123" of the First Amended Complaint.

124.     Answering Defendants admit the truth of the allegations set forth in Paragraph "124" of the First Amended Complaint.

125.     Answering Defendants deny the allegations set forth in Paragraph "125" of the First Amended Complaint.

126.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "126" of the First Amended Complaint.

127.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "127" of the First Amended Complaint.

128.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "128" of the First Amended Complaint.

129.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "129" of the First Amended Complaint.

130.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "130" of the First Amended Complaint.

131.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "131" of the First Amended Complaint.

132.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "132" of the First Amended Complaint.

133.     Answering Defendants deny the allegations set forth in Paragraph "133" of the First Amended Complaint.

134.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "134" of the First Amended Complaint.

135.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "135" of the First Amended Complaint.

136.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "136" of the First Amended Complaint.

137.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "137" of the First Amended Complaint.

138.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "138" of the First Amended Complaint.

139.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "139" of the First Amended Complaint.

140.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "140" of the First Amended Complaint.

141.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "141" of the First Amended Complaint.

142.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "142" of the First Amended Complaint.

143.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "143" of the First Amended Complaint.

144.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "144" of the First Amended Complaint.

145.    Answering Defendants deny the allegations set forth in Paragraph "145" of the First Amended Complaint.

**AS AND FOR AN ANSWER TO THE FIRST CLAIM FOR RELIEF**

146.    Answering Defendants repeat, reiterate and reallege each and every response set forth in Paragraphs "1" through "145" above, as if fully set forth at length herein.

147.    Answering Defendants deny the allegations set forth in Paragraph "147" of the First Amended Complaint.

148.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "148" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

149.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "149" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

150.    Answering Defendants deny the allegations set forth in Paragraph "150" of the First Amended Complaint.

151.    Answering Defendants deny the allegations set forth in Paragraph "151" of the First Amended Complaint.

152.    Answering Defendants deny the allegations set forth in Paragraph "152" of the First Amended Complaint.

**AS AND FOR AN ANSWER TO THE SECOND CLAIM FOR RELIEF**

153.    Answering Defendants repeat, reiterate and reallege each and every response set forth in Paragraphs "1" through "152" above, as if fully set forth at length herein.

154.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "154" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

155.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "155" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

156.    Answering Defendants deny the allegations set forth in Paragraph "156" of the First Amended Complaint.


157.    Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "157" of the First Amended Complaint.

158.    Answering Defendants deny the allegations set forth in Paragraph "158" of the First Amended Complaint.

159.    Answering Defendants deny the allegations set forth in Paragraph "159" of the First Amended Complaint.

160.    Answering Defendants deny the allegations set forth in Paragraph "160" of the First Amended Complaint.

161.    Answering Defendants deny the allegations set forth in Paragraph "161" of the First Amended Complaint.

162.    Answering Defendants deny the allegations set forth in Paragraph "162" of the First Amended Complaint.

163.    Answering Defendants deny the allegations set forth in Paragraph "163" of the First Amended Complaint.

164.    Answering Defendants deny the allegations set forth in Paragraph "164" of the First Amended Complaint.

165.    Answering Defendants deny the allegations set forth in Paragraph "165" of the First Amended Complaint.

166.    Answering Defendants deny the allegations set forth in Paragraph "166" of the First Amended Complaint.

167.    Answering Defendants deny the allegations set forth in Paragraph "167" of the First Amended Complaint.

168.     Answering Defendants deny the allegations set forth in Paragraph "168" of the First Amended Complaint.

169.     Answering Defendants deny the allegations set forth in Paragraph "169" of the First Amended Complaint.

**AS AND FOR AN ANSWER TO THE THIRD CLAIM FOR RELIEF**

170.     Answering Defendants repeat, reiterate and reallege each and every response set forth in Paragraphs "1" through "169" above, as if fully set forth at length herein.

171.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "171" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

172.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "172" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

173.     Answering Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph "173" of the First Amended Complaint and refer all questions of law to this Honorable Court for its determination.

174.     Answering Defendants deny the allegations set forth in Paragraph "174" of the First Amended Complaint.

175.     Answering Defendants deny the allegations set forth in Paragraph "175" of the First Amended Complaint.

176.     Answering Defendants deny the allegations set forth in Paragraph "176" of the First Amended Complaint.

177.    Answering Defendants deny the allegations set forth in Paragraph "177" of the First Amended Complaint.

178.    Answering Defendants deny the allegations set forth in Paragraph "178" of the First Amended Complaint.

179.    Answering Defendants deny the allegations set forth in Paragraph "179" of the First Amended Complaint.

<div align="center">

**AFFIRMATIVE DEFENSES**

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**
</div>

180.    The Complaint fails to state a claim upon which relief may be granted.

<div align="center">

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**
</div>

181.    Plaintiff lacks standing to seek relief under the Fair Debt Collection Practices Act.

<div align="center">

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**
</div>

182.    The Complaint is barred by the applicable statute of limitations.

<div align="center">

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**
</div>

183.    Any alleged violation of the FDCPA was the result of a bona fide error.

<div align="center">

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**
</div>

184.    Plaintiff has not suffered any actual injury as a result of Answering Defendants' alleged acts.

**WHEREFORE,** Answering Defendants hereby demand:

a.  Judgment dismissing the Complaint in its entirety and all causes of action purportedly pleaded therein, with prejudice;

b.  Costs and disbursements of this action, including attorneys' fees; and

c.  Such other and further relief as this Court deems just, equitable and proper.

Dated:  Woodbury, New York
        June 23, 2017

Yours, etc.,
Kaufman Dolowich & Voluck, LLP
*Attorneys for Defendants*
*Sharinn & Lipshie, P.C. and Harvey Sharinn*

Brett Scher, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
T: (516) 681-1100
F: (516) 681-1101
E: bscher@kdvlaw.com

To:   Ahmad Keshavarz
      THE LAW OFFICES OF AHMAD KESHAVARZ
      *Attorneys for Plaintiff*
      16 Court St., 26th Fl.
      Brooklyn, NY 11241-1026
      Phone: (718) 522-7900
      Fax: (877) 496-7809 (toll-free)
      ahmad@NewYorkConsumerAttorney.com

      Matthew Schedler, Esq.
      *Attorneys for Plaintiff*
      885 Flatbush Ave., 2nd Floor
      Brooklyn, NY 11226
      Phone (718) 940-6311
      Fax: (718) 462-5537
      MatthewSc@camba.org

Divya Subrahmanyam, Esq.
*Attorneys for Plaintiff*
885 Flatbush Ave., 2nd Floor
Brooklyn, NY 11226
Phone (718) 940-6311
Fax: (718) 462-5537
DivyaS@camba.org

Mr. Jonathan Greystone
Spector Gadon & Rosen, P.C. (PA)
*Attorneys for PALISADES ACQUISITION XVI, LLC*
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241 8927
(215)-241-8844 (fax)
jgreystone@lawsgr.com

4815-1565-8058, v. 1