UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICIA HUNTER,

        Case No. 1:16-cv-08779-ER

Plaintiff,

        **SUGGESTION OF**
        **BANKRUPTCY**

    -against-


PALISADES ACQUISITION XVI, LLC
SHARINN & LIPSHIE, P.C.
HARVEY SHARINN,

        Defendants.
-------------------------------------------------------------X

    Defendants SHARINN & LIPSHIE, P.C. ("S&L") and HARVEY SHARINN ("Sharinn")

(collectively, the "S&L Defendants"), by their attorneys, Kaufman Dolowich & Voluck, LLP,

hereby file this notice that a Chapter 11 Bankruptcy petition was filed on behalf of S&L in the

U.S. Bankruptcy Court, Eastern District of New York, on February 8, 2018, case number 8-18-

70853 (REG). A copy of the petition is annexed hereto as Exhibit A. The automatic stay

provisions of 11 U.S.C. 362 apply to these proceedings.

Dated:  Woodbury, New York
      February 8, 2018

                  **KAUFMAN DOLOWICH & VOLUCK, LLP**

        By:    _____
                  Brett A. Scher, Esq.
                  Adam M. Marshall, Esq.
                  *Attorneys for Defendants*
                  *Sharinn & Lipshie, P.C. and Harvey Sharinn*
                  135 Crossways Park Drive, Suite 201
                  Woodbury, New York 11797
                  (516) 681-1100

To:    Ahmad Keshavarz
       The Law Office of Ahmad Keshavarz
       *Attorneys for Plaintiff*
       16 Court Street, 26th Floor
       Brooklyn, NY 11241
       (718) 522-7900

Matthew Schedler, Esq.
CAMBA Legal Services, Inc.
885 Flatbush Ave., 2nd Floor
Brooklyn, NY 11226
Phone (718) 940-6311
Fax: (718) 462-5537
MatthewSc@camba.org

Divya Subrahmanyam, Esq.
CAMBA Legal Services, Inc.
885 Flatbush Ave., 2nd Floor
Brooklyn, NY 11226
Phone (718) 940-6311
Fax: (718) 462-5537
DivyaS@camba.org

4842-0629-7692, v. 1