UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICIA HUNTER
Plaintiff,

Case No.: 1:16-cv-08779-ER

-against-

PALISADES ACQUISITION XVI, LLC
SHARINN & LIPSHIE, P.C.
HARVEY SHARINN

Defendants.
-------------------------------------------------------------X

### AGREED ORDER OF DISMISSAL AS TO ALL DEFENDANTS

Plaintiff, PATRICIA HUNTER, hereby voluntarily dismisses this action against Defendants PALISADES ACQUISITION XVI, LLC, SHARINN & LIPSHIE, P.C., AND HARVEY SHARINN, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2).

The Court retains jurisdiction to enforce the terms of the settlement between said parties.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this _____ day of _____, 2019.

_____
Edgardo Ramos
United States District Judge

Dated: June 6, 2019

_____

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
One of Plaintiff's Attorneys

Dated: June 25, 2019

_____

Brett A. Scher, Esq.
Kaufman Dolowich & Voluck LLP
Attorneys for Defendants

4820-8349-9160, v. 1