UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PATRICIA HUNTER
Plaintiff,

                                         Case No.: 1:16-cv-08779-ER

      -against-

PALISADES ACQUISITION XVI, LLC
SHARINN & LIPSHIE, P.C.
HARVEY SHARINN

                         Defendants.
---------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL AS TO ALL DEFENDANTS

Plaintiff, PATRICIA HUNTER, hereby voluntarily dismisses this action against Defendants PALISADES ACQUISITION XVI, LLC, SHARINN & LIPSHIE, P.C., AND HARVEY SHARINN, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2).

~~The Court retains jurisdiction to enforce the terms of the settlement between said parties.~~

~~An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.~~

> The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is DISMISSED with prejudice. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next seven (7) days with a request that the agreement be "so ordered" by the Court. It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 7/25/2019
> New York, New York

Last saved 5/31/2019 12:18 PM      4

Dated: June 6, 2019

*[signature]*

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
One of Plaintiff's Attorneys

Dated: June 25, 2019

*[signature]*

Brett A. Scher, Esq.
Kaufman Dolowich & Voluck LLP
Attorneys for Defendants

4820-8349-9160, v. 1